**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 03-6335**

─────────────

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     versus

REGINALD GROSS,

                Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, District Judge. (CR-88-386-PM)

─────────────

Submitted: August 14, 2003      Decided: August 20, 2003

─────────────

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Reginald Gross, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Reginald Gross appeals the district court's order denying his motion to reconsider, under Fed. R. Civ. P. 60(b), his prior criminal judgment.* Because Gross cannot challenge an order in his criminal case using the Federal Rules of Civil Procedure, we affirm. See United States v. O'Keefe, 169 F.3d 281, 289 (5th Cir. 1999) (holding that criminal defendant cannot challenge orders entered in his criminal case using Fed. R. Civ. P. 60(b)); United States v. Mosavi, 138 F.3d 1365, 1366 (11th Cir. 1998) (holding "that the defendant cannot challenge the criminal forfeiture orders at issue under the Federal Rules of Civil Procedure") (emphasis in original). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

* Gross sought reconsideration under Fed. R. Civ. P. 59(e), but such a motion must be filed within ten days after entry of the relevant judgment.